UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  SANDRA I. CONDE,   : Chapter 13
       Debtor   : Bankruptcy No. 16-18182-REF

**ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION**
**FOR REMITTANCE TO STANDING CHAPTER 13 TRUSTEE**

**Employee:**   **Employer's Name:**

Sandra I. Conde   Catholic Senior Housing
    & Healthcare Services, Inc.

**Social Security No.:**   **Employer's Address:**

XXX-XX-6873   1200 Spring Street
    Bethlehem, PA 18018

The future earnings of the above named Debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the Debtor's Chapter 13 Plan by the Court:

NOW, THEREFORE, the employer of the Debtor is hereby ORDERED to deduct from the wages of the Debtor, *beginning immediately*, the sum of Eighty-eight dollars ($88.00) per pay period (bi-weekly).

The employer shall continue said deductions until further Order of the Court and shall remit all monies withheld from the Debtor's wages at least monthly to Frederick L. Reigle, Standing Chapter 13 Trustee.

BY THE COURT:

**Date: September 12, 2017**

_____
                        J.

**Make Checks Payable to and Remit Withholdings to:**

Frederick L. Reigle
Chapter 13 Trustee
P.O. Box 680
Memphis, TN  38101-0680